1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8
9   Manuel Reyes-Alcaraz,                      )   No. CV-04-2495-PHX-DGC (ECV)
                                              )
10              Petitioner,                    )   **ORDER**
                                              )
11   v.                                        )
                                              )
12                                             )
     Alberto R. Gonzales, et al.,              )
13                                             )
                Respondents.                   )
14                                             )
                                              )
15   _____ )

16
17          Pending before the Court is United States Magistrate Judge Edward Voss's Report

18   and Recommendation ("R&R").    Doc. #15.    The Magistrate Judge recommends that

19   the Court transfer this action to the United States Court of Appeals for the Ninth Circuit

20   pursuant to the REAL ID Act of 2005.  *Id.* at 3-4 (citing REAL ID Act § 106(a)(1)(B),

21   8 U.S.C. § 1252(a)(5)); *Fernandez-Ruiz v. Gonzales*, 410 F.3d 585, 587 (9th Cir. 2005)).  The

22   Magistrate Judge advised the parties that they had ten days to file objections to the R&R

23   and that the failure to timely file objections to any determination of the Magistrate Judge

24   would be considered a waiver of the right to review of such determination.  *Id.* at 3-4 (citing

25   28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114,

26   1121 (9th Cir. 2003)).

27          The parties did not file objections, which relieves the Court of its obligation to

28   review the R&R.  *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149

1   (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not

2   the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de

3   novo determination . . . of any portion of the magistrate judge's disposition to which

4   specific written objection has been made[.]").   The Court has nonetheless reviewed the

5   R&R and finds that it is well-taken.  The Court will accept the R&R and transfer this action

6   to the Ninth Circuit Court of Appeals.  *See* 28 U.S.C. § 636(b)(1) (stating that the district

7   court "may accept, reject, or modify, in whole or in part, the findings or recommendations

8   made by the magistrate"); Fed. R. Civ. P. 72(b) (same).

9        **IT IS ORDERED:**

10       1.      Magistrate Judge Edward Voss's R&R (Doc. #15) is **accepted**.

11       2.      The Clerk of Court shall **transfer** this action to the United States Court of

12  Appeals for the Ninth Circuit.

13       DATED this 31st day of October, 2005.

David G. Campbell
United States District Judge

- 2 -